1 | STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

2

HALLIE HOFFMAN (CABN 210020)
3 | Chief, Criminal Division

4 | AMANI S. FLOYD (CABN 301506)
Assistant United States Attorney

5

    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-6940
7     FAX: (415) 436-7234
    Amani.Floyd@usdoj.gov

8

Attorneys for United States of America

FILED

OCT 12 2021

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3-21-mj-71611 MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| KAMAAL L. OWEN, | ) |
| Defendant. | ) |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on October 11, 2021, the above-named defendant was arrested pursuant to an arrest warrant (a copy of the arrest warrant is attached as Exhibit 1) issued upon an Indictment pending in the Eastern District of Wisconsin, Case Number 21-CR-193.

    In that case (a copy of the indictment is attached as Exhibit 2), the defendant is charged with violations of Title 21 United States Code, Sections 841(a)(1), (b)(1)(B), and 846 and Title 18 United States Code Section 2(a), Conspiracy to Possess with the Intent to Distribute and Distribute a Mixture and Substance Containing a Controlled Substance.

    The maximum penalties are as follows:

    Maximum Sentence:                      40 years imprisonment

| | | |
|---|---|---|
| 1 | Minimum Sentence: | 5 years imprisonment |
| 2 | Maximum Fine: | $5,000,000 |
| 3 | Maximum Term of Supervised Release: | Life |
| 4 | Minimum Term of Supervised Release: | 4 years |
| 5 | $100 special assessment | |
| 6 | Forfeiture | |

Respectfully Submitted,

STEPHANIE M. HINDS
ACTING UNITED STATES ATTORNEY

Date: October 11, 2021

_____/s/_____
AMANI S. FLOYD
Assistant United States Attorney